1  McGREGOR W. SCOTT
   United States Attorney
2  GARY M. LEUIS
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | Case No. 1:18-po-00318-SAB
12 |              Plaintiff,             | [Citation #6044851-6044852]
13 | v.                                  | MOTION AND ORDER FOR DISMISSAL
14 | MICHELE SARGENTI-BALL               |
15 |              Defendant.             |
16

17
18     The United States of America, by and through McGregor W. Scott, United States Attorney, and
19 Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No.
20 1:18-po-00318-SAB [Citation #6044851-6044852] against MICHELE SARGENTI-BALL, without
21 prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.
22
23 DATED: March 14, 2019                       Respectfully submitted,

24                                             McGREGOR W. SCOTT
                                               United States Attorney
25
                                         By:   /s/ Gary M. Leuis
26                                             GARY M. LEUIS
                                               Special Assistant United States Attorney
27
28

                                                   1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00318-SAB [Citation #6044851-6044852] against MICHELE SARGENTI-BALL be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __March 15, 2019__

UNITED STATES MAGISTRATE JUDGE